[No. 67002-6-I.   Division One.   April 23, 2012.]

*In the Matter of the Dependency of* S.N.C.-C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ANTHONY CHAYTOR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-7-01093-1, Anita L. Farris, J., entered March 31, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 67113-8-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN M. CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-02219-0, Jay V. White, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.

[No. 67501-0-I.   Division One.   April 23, 2012.]

*In the Matter of the Dependency of* M.I.

IRA DAVID DECHANT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-7-00971-6, Joseph P. Wilson, J., entered July 14, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.